UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Case No: 5:22-cv-00222-FL

HOSPITALITY INSURANCE COMPANY

    Plaintiff,

v.

BATTAGLIA & SONS, LLC d/b/a TEETS

    Defendant.

MOTION FOR ENTRY OF CONSENT JUDGMENT

NOW COME Plaintiff Hospitality Insurance Company ("HIC") and Defendant Battaglia & Sons, LLC d/b/a Teets ("Teets"), jointly and upon consent, move the Court for entry of a Consent Judgment establishing that HIC's policy issued to Teets is rescinded and HIC's Complaint is dismissed with prejudice. In support of this Motion, the Parties state as follows:

1. Teets has been presented with claims for damages arising out of alleged acts or omissions relating to claimed physical injury resulting from an altercation with one or more privately contracted security professionals that were retained and/or contracted by Teets to act as bouncers, doorpersons and/or security (hereinafter "the Claims"). Teets presented a claim for coverage under HIC Policy Number: CPP3200371 (policy period 05/05/2021 to 05/05/2022). Coverage was denied under said Policy.

2. HIC rescinded the policy and filed a declaratory judgment action in the United States District Court for the Eastern District of North Carolina entitled *Hospitality Insurance Company v. Battaglia & Sons, LLC, d/b/a Teets*. [D.E. 1]. The Declaratory Judgment Action sought declaration that HIC owed no duty to defend or indemnify Teets for the

Claims and that the Policy is rescinded and, thus void *ab initio*.

3. The parties ultimately agreed that the Policy shall be considered as rescinded and, thus void *ab initio*, such that no coverage will be afforded and that Teets is divested of and releases any and all rights which it has or which may otherwise accrue under the Policy. As a result, no coverage will be afforded to Teets, and Teets waived any right to be reimbursed of the policy premium. Further, HIC will dismiss with prejudice its declaratory judgment action and waived the right to seek reimbursement costs from Teets in connection to the underlying action.

4. As such, based on the above circumstances, entry of this Consent Judgment is just and proper, and the agreement of the parties is just and reasonable with respect to all parties. Further, the Consent Judgment is required to resolve the last remaining claim in this matter.

WHEREFORE, HIC and Teets respectfully requests that the Court enter the Consent Judgment, attached hereto as Exhibit A.

This the 29th day of March, 2023.

TEAGUE, CAMPBELL, DENNIS & GORHAM, L.L.P.

BY: /s/ Rebecca R. Thornton
Rebecca R. Thornton – N.C. State Bar No. 40008
4700 Falls of Neuse Road, Suite 450
Raleigh, North Carolina 27609
Telephone: (919) 719-4782
Fax: (919) 873-1814
Email: rthornton@teaguecampbell.com
William A. Bulfer – N.C. State Bar No. 31424
117 Cherry Street North
Asheville, North Carolina 28801
Telephone: (919) 805-5017
Fax: (919) 873-1814
Email: wbulfer@teaguecampbell.com
*Attorneys for Hospitality Insurance Group*

2

STEWART, SCHMIDIN & BULLOCK, PLLC


BY: /s/Walter A. Schmidlin, III
     Walter A. Schmidlin, III – N.C. State Bar No. 26714
     Post Office Box 120
     Smithfield, NC 27577
     Telephone:  (919) 989-9258
     Fax:  (919) 989-8905
     Email:  walter@stewartandschmidlin.com
     *Attorney for Battaglia & Sons, d/b/a Teets*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on March 29, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                **TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

                By: /s/ *Rebecca R. Thornton*
                        Rebecca R. Thornton