UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Case No: 5:22-cv-00222-FL

HOSPITALITY INSURANCE COMPANY

    Plaintiff,

v.                                      CONSENT JUDGMENT

BATTAGLIA & SONS, LLC d/b/a TEETS

    Defendant.

Plaintiff Hospitality Insurance Company ("HIC") and Defendant Battaglia & Sons, LLC d/b/a Teets ("Teets") hereby stipulate, consent and agree as follows:

1. The HIC policy of insurance (Policy Number: CPP3200371 ) issued to Teets for the policy period May 5, 2021 to May 5, 2022 hereby shall be considered as rescinded and, thus void *ab initio*, such that no coverage will be afforded and that Teets is divested of and releases any and all rights which it has or which may otherwise accrue under the Policy.

2. Teets hereby waives any right to reimbursement of the policy premium per rescission and HIC hereby dismisses with prejudice its Complaint and waives its right to seek reimbursement of defense costs from Teets in connection with the underlying action.

3. This Consent Judgement resolves the last remaining claim and constitutes a final order.

This the 4th day of April, 2023.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge

TEAGUE, CAMPBELL, DENNIS & GORHAM, L.L.P.

BY: /s/ Rebecca R. Thornton
    Rebecca R. Thornton – N.C. State Bar No. 40008
    4700 Falls of Neuse Road, Suite 450
    Raleigh, North Carolina 27609
    Telephone:   (919) 719-4782
    Fax:   (919) 873-1814
    Email:   rthornton@teaguecampbell.com
    William A. Bulfer – N.C. State Bar No. 31424
    117 Cherry Street North
    Asheville, North Carolina 28801
    Telephone:   (919) 805-5017
    Fax:   (919) 873-1814
    Email:   wbulfer@teaguecampbell.com
    *Attorneys for Hospitality Insurance Group*

STEWART, SCHMIDIN & BULLOCK, PLLC

BY: /s/ Walter A. Schmidlin, III
    Walter A. Schmidlin, III – N.C. State Bar No. 26714
    Post Office Box 120
    Smithfield, NC 27577
    Telephone:   (919) 989-9258
    Fax:   (919) 989-8905
    Email:   walter@stewartandschmidlin.com
    *Attorney for Battaglia & Sons, d/b/a Teets*